U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 3 2016

TONY R. MOORE, CLERK
BY _____
          DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

JOHN P. DAVIS                           CIVIL ACTION NO. 16-0011

VS.                                     SECTION "P"

ST. LANDRY PARISH, ET AL                JUDGE DOHERTY

                                        MAGISTRATE JUDGE HANNA

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 23 day of _____May_____, 2016.

                              REBECCA F. DOHERTY
                              UNITED STATES DISTRICT JUDGE